```
U.S. DISTRICT COURT
    N.D. OF N.Y.
       FILED

    OCT 3 1 2005

LAWRENCE K. BAERMAN, CLERK
         ALBANY
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------

XIAOCI (MAGGIE) ZHENG,

                Plaintiff,

     v.                                                  No. 1:99-CV-1606
                                                                (LES/RFT)

GENERAL ELECTRIC COMPANY,

                Defendant.
-------------------------------------------------------------------

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

      The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above captioned case have reported to him that the case has been settled.  Counsel has also advised Judge Homer that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

      **ORDERED** that:

           1. The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

           2. The dismissal of the above captioned case shall become **with prejudice** on the forty-sixth day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Court will retain jurisdiction to enforce the settlement agreement in this case; and

4. The Clerk shall forthwith serve by electronic mail or regular mail copies of this Judgment upon the attorneys for the parties appearing in this action.

**IT IS SO ORDERED.**

DATED: 10/31/05
Albany, New York

_____
United States District Judge